UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| PAUL EUGENE VEAL,<br><br>         Plaintiff,<br>   v.<br><br>INTERNAL REVENUE SERVICE,<br><br>         Defendant.<br>_____/ | No. C 11-04148 LB<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

On November 14, 2011, the court granted Defendant United States of America's[1] motion to dismiss *pro se* Plaintiff Paul Eugene Veal's complaint, which sought to enjoin the Internal Revenue Service from attempting to collect taxes from Plaintiff for the years 2006-08. Order Granting Motion to Dismiss, ECF No. 18 at 3-4. The court granted Plaintiff permission to file an amended complaint within fourteen days if he could allege specific facts that would cure the deficiencies described in the order. *Id.* No amended complaint has been filed. The court interprets Plaintiff's inaction as expressing an intent not to proceed with the case. But, in an abundance of caution, the court **ORDERS** Plaintiff to show cause why the case should not be dismissed for failure to

---

[1] The government argues that Plaintiff improperly named the Internal Revenue Service as a defendant and that the United States of America should be substituted. Motion, ECF No. 11 at 1 n.1. The case law supports the government's contention that the proper party in this litigation is the United States. *See Blackmare v. Guerre*, 342 U.S. 512, 514-15 (1952).

ORDER TO SHOW CAUSE
C 11-04148 LB

prosecute or comply with the court's order.  *Cf.* Fed. R. Civ. P. 41(b); *Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065 (9th Cir. 2004).  Plaintiff does not have to respond or show up to the currently scheduled case management conference if he does not intend to further pursue the claims raised in this suit.  And, if Plaintiff does not respond by February 22, 2012, the case will be dismissed.

**IT IS SO ORDERED.**

Dated: February 14, 2012

_____
LAUREL BEELER
United States Magistrate Judge

ORDER TO SHOW CAUSE
C 11-04148 LB

2